**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

5

In re:                                                                                                          Bankruptcy Case No.: 19−20337−GLT

Chapter: 13

**Mary E. Crosby**
  Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

  Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **April 8, 2019**.

  Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

  The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

  There is no fee for filing the proof of claim.

  **Any creditor who has filed a proof of claim already need not file another proof of claim.**

  Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                          Michael R. Rhodes
  U.S. Bankruptcy Court                                                                          *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 1/29/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-20337-GLT
Mary E. Crosby                                                        Chapter 13
       Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: admin              Page 1 of 2              Date Rcvd: Jan 29, 2019
                              Form ID: 154A            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
```
db            +Mary E. Crosby,    642 Valemont Drive,    Verona, PA 15147-2639
14984556      +Aes/pnc Bank,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14984554      +Aes/pnc Bank,    Pob 61047,    Harrisburg, PA 17106-1047
14984562       Ecmc Group,    111 Washington Ave,    Minneapolis, MN 55401
14984564      +Ecmc Group,    Attn: Bankruptcy,    111 Washington Ave South  Ste 1400,
                Minneapolis, MN 55401-6800
14984567     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Mana,      1130 Northchase Parkway,    Suite 150,
                Marietta, GA 30067)
14984568      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14984569      +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
14984572      +Oakmont Water Authority,    721 Allegheny Avenue,    Oakmont, PA 15139-1901
14984575      +PHEAA/HCB,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1444
14984574      +PHEAA/HCB,    Pob 61017,    Harrisburg, PA 17106-1017
14984573       Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14984576      +Security Check,    2653 W Oxford Loop,    Oxford, MS 38655-5442
14984578      +Select Portfolio Servicing, Inc,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14984581       Tebo Financial Services, Inc.,    Attn: Bankruptcy,    801 Dressler Rd Nw, Ste #194,
                Canton, OH 44718
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14984558      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 30 2019 02:27:07     Ccs Collections,
                Po Box 710,    Norwood, MA 02062-0710
14984559      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 30 2019 02:27:07     Ccs Collections,
                725 Canton St,    Norwood, MA 02062-2679
14984561      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 30 2019 02:27:07
                Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14984560      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 30 2019 02:27:07
                Credit Collection Services,    Po Box 607,    Norwood, MA 02062-0607
14984570      +E-mail/Text: bankruptcy@sccompanies.com Jan 30 2019 02:27:18     Midnight Velvet,
                1112 7th Ave,    Monroe, WI 53566-1364
14984571      +E-mail/Text: bankruptcy@sccompanies.com Jan 30 2019 02:27:18     Midnight Velvet,
                Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14984579      +E-mail/Text: jennifer.chacon@spservicing.com Jan 30 2019 02:27:18
                Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                Salt Lake City, UT 84165-0250
14984580      +E-mail/Text: bankruptcy@tebofinancial.com Jan 30 2019 02:26:02
                Tebo Financial Services, Inc.,    Po Box 877,    Massillon, OH 44648-0877
14984582      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 30 2019 02:25:41
                Verizon,    Po Box 650584,    Dallas, TX 75265-0584
14984583      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 30 2019 02:25:41
                Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 10
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

14984557*     +Aes/pnc Bank,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14984555*     +Aes/pnc Bank,    Pob 61047,    Harrisburg, PA 17106-1047
14984563*      Ecmc Group,    111 Washington Ave,    Minneapolis, MN 55401
14984565*     +Ecmc Group,    Attn: Bankruptcy,    111 Washington Ave South  Ste 1400,
                Minneapolis, MN 55401-6800
14984566*    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Mana,      1130 Northchase Pkwy, St,
                Marietta, GA 30067)
14984577     ##+Security Check,    Attn: Bankruptcy Dept,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                   TOTALS: 0, * 5, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: admin               Page 2 of 2              Date Rcvd: Jan 29, 2019
                              Form ID: 154A             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:
```
          Julie Frazee Steidl    on behalf of Debtor Mary E. Crosby julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```