FILED
2/26/19 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mary E. Crosby, *Debtor* | Case No. 19-20337 GLT <br> Chapter 13 |
| Mary E. Crosby, *Movant* | Related to Docket No. 14 |
| No Respondents | |

## ORDER OF COURT

AND NOW, to wit, this **26th** day of **February**, 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Mary E. Crosby is hereby granted an extension until March 11, 2019 to file a completed Chapter 13 petition and plan. No further extensions will be granted.

Gregory J. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-20337-GLT
Mary E. Crosby                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: mgut              Page 1 of 1              Date Rcvd: Feb 26, 2019
                                  Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.
db              +Mary E. Crosby,    642 Valemont Drive,    Verona, PA 15147-2639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 1999-4 bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor Mary E. Crosby julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6