**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mary E. Crosby**
    Debtor(s)

Bankruptcy Case No.: 19−20337−GLT

Chapter: 13
Docket No.: 18 − 15

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **January 28, 2019** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **March 11, 2019** and failure to meet that deadline would result in the dismissal of the case.

As of **March 12, 2019,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                                                    Michael R. Rhodes
                                                                    Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: March 12, 2019                                                      Gregory L. Taddonio
                                                                               United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 19-20337-GLT
Mary E. Crosby                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 2           Date Rcvd: Mar 12, 2019
                              Form ID: 224          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
```
db             +Mary E. Crosby,    642 Valemont Drive,    Verona, PA 15147-2639
cr             +Penn Hills School District and Municipality of Pen,    Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
14984556       +Aes/pnc Bank,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14984554       +Aes/pnc Bank,    Pob 61047,    Harrisburg, PA 17106-1047
14984567      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Mana,    1130 Northchase Parkway,    Suite 150,
                 Marietta, GA 30067)
14984572       +OAKMONT WATER AUTHORITY,    PO BOX 73,    OAKMONT, PA 15139-0073
14994377       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14984575       +PHEAA/HCB,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1444
14984574       +PHEAA/HCB,    Pob 61017,    Harrisburg, PA 17106-1017
15006492       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15006491       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14984573        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
15001973       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14984576       +Security Check,    2653 W Oxford Loop,    Oxford, MS 38655-5442
14984578       +Select Portfolio Servicing, Inc,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14984581        Tebo Financial Services, Inc.,    Attn: Bankruptcy,    801 Dressler Rd Nw, Ste #194,
                 Canton, OH 44718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 13 2019 02:31:48     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14984558       +EDI: CCS.COM Mar 13 2019 06:23:00      Ccs Collections,    Po Box 710,    Norwood, MA 02062-0710
14984559       +EDI: CCS.COM Mar 13 2019 06:23:00      Ccs Collections,    725 Canton St,
                 Norwood, MA 02062-2679
14984561       +EDI: CCS.COM Mar 13 2019 06:23:00      Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
14984560       +EDI: CCS.COM Mar 13 2019 06:23:00      Credit Collection Services,    Po Box 607,
                 Norwood, MA 02062-0607
14996285       +EDI: ECMC.COM Mar 13 2019 06:23:00      ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
14984562        EDI: ECMC.COM Mar 13 2019 06:23:00      Ecmc Group,    111 Washington Ave,
                 Minneapolis, MN 55401
14984564       +EDI: ECMC.COM Mar 13 2019 06:23:00      Ecmc Group,    Attn: Bankruptcy,
                 111 Washington Ave South  Ste 1400,    Minneapolis, MN 55401-6800
14984568       +EDI: IIC9.COM Mar 13 2019 06:23:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
14984569       +EDI: IIC9.COM Mar 13 2019 06:23:00      I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
                 St Paul, MN 55164-0378
14984570       +EDI: CBS7AVE Mar 13 2019 06:23:00      Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14984571       +EDI: CBS7AVE Mar 13 2019 06:23:00      Midnight Velvet,    Swiss Colony/Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
14984579       +E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2019 02:31:58
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
14984580       +E-mail/Text: bankruptcy@tebofinancial.com Mar 13 2019 02:30:49
                 Tebo Financial Services, Inc.,    Po Box 877,    Massillon, OH 44648-0877
14984582       +EDI: VERIZONCOMB.COM Mar 13 2019 06:23:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
14984583       +EDI: VERIZONCOMB.COM Mar 13 2019 06:23:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, National Association, as Indenture Trus
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14984557*      +Aes/pnc Bank,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14984555*      +Aes/pnc Bank,    Pob 61047,    Harrisburg, PA 17106-1047
14984563*       Ecmc Group,    111 Washington Ave,    Minneapolis, MN 55401
14984565*      +Ecmc Group,    Attn: Bankruptcy,    111 Washington Ave South  Ste 1400,
                 Minneapolis, MN 55401-6800
14984566*     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Mana,    1130 Northchase Pkwy, St,
                 Marietta, GA 30067)
```

```
District/off: 0315-2          User: mgut              Page 2 of 2           Date Rcvd: Mar 12, 2019
                              Form ID: 224            Total Noticed: 32

14984577     ##+Security Check,   Attn: Bankruptcy Dept,   2612 Jackson Ave W,   Oxford, MS 38655-5405
                                                                             TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 1999-4 bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Julie Frazee Steidl    on behalf of Debtor Mary E. Crosby julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck     on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7